| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>FOX, JAMES C. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, NC | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>P.O. BOX 2143<br>WILMINGTON, NC 28402 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 1 |
| 2. TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 2 |
| 3. TRUSTEE | FOUNDATION # 1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 P 2: 44 FINANCIAL DISCLOSURE OFFICE

Fox_James_C

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 2 | A | Dividend | J | T | | | | | |
| 2. - AMERICAN INTERNATIONAL GROUP INC COMM | | | | | Sold | 12/09 | J | | |
| 3. - AUTOMATIC DATA PROCESSING INC COMM | | | | | | | | | |
| 4. - MEDTRONIC COMM | | | | | | | | | |
| 5. - MICROSOFT CORP COMM | | | | | | | | | |
| 6. - PFIZER COMM | | | | | | | | | |
| 7. - WACHOVIA CORP COMM | | | | | Sold | 12/09 | J | | |
| 8. - RESERVE PRIMARY FUND M/M | | | | | | | | | |
| 9. - TREASURY CASH TRUST M/M | | | | | Open | 9/23 | J | | |
| 10. IRA # 1 | D | Dividend | N | T | | | | | |
| 11. - ABBOTT LABROTORIES COMM | | | | | | | | | |
| 12. - MEDTRONIC COMM | | | | | | | | | |
| 13. -AMERICAN EXPRESS COMPANY COMM | | | | | | | | | |
| 14. - BB&T CORP COMM | | | | | | | | | |
| 15. - BANK OF AMERICA COMM | | | | | | | | | |
| 16. - CREE, INC COMM | | | | | Buy | 07/10 | J | | |
| 17. | | | | | Sold | 09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - TREASURY CASH TRUST M/M | | | | | Open | 9/23 | J | | |
| 19.   - DUKE ENERGY CORP NEW COMM | | | | | | | | | |
| 20.   - GENERAL ELECTRIC CO COMM | | | | | | | | | |
| 21.   - ELI LILLY & CO COMM | | | | | | | | | |
| 22.   - MICROSOFT CORP COMM | | | | | | | | | |
| 23.   - PROCTER & GAMBLE CO COMM | | | | | | | | | |
| 24.   - SUNRISE SENIOR LIVING INC COMM | | | | | | | | | |
| 25.   - ROYAL DUTCH PETROLEUM CO COMM | | | | | | | | | |
| 26.   - TEXAS INSTRUMENTS INC COMM | | | | | | | | | |
| 27.   - THE CHUBB CORP COMM | | | | | | | | | |
| 28.   - WILLIS LEASE FINANCE CORP | | | | | Buy (add'l) | 05/14 | J | | |
| 29.   - WYETH COMM | | | | | | | | | |
| 30.   - RESERVR PRIMARY FUND M/M | | | | | | | | | |
| 31.   - PEPSICO INC COMM | | | | | | | | | |
| 32.   - GENERAL ELECTRIC CAP CORP NOTE BOND | | | | | | | | | |
| 33.   - CITIGROUP GLBL MKTS NOTE BOND | | | | | | | | | |
| 34.   - IBM CORP NOTE BOND | | | | | Redeemed | 10/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SCHERING PLOUGH CORP NOTE BOND | | | | | | | | | |
| 36. BROKERAGE # 1 | | | | | | | | | |
| 37. - RESERVE PRIMARY FUND M/M | B | Dividend | J | T | | | | | |
| 38. - TREASURY CASH TRUST M/M | A | Dividend | J | T | Open | 9/23 | J | | |
| 39. BROKERAGE # 2 | | | | | | | | | |
| 40. - RESERVE PRIMARY FUND M/M | B | Dividend | J | T | | | | | |
| 41. - TREASURY CASH TRUST M/M | A | Dividend | J | T | Open | 9/23 | J | | |
| 42. EATON VANCE FUND MF # 1 | E | Dividend | O | T | | | | | |
| 43. CHESTNUT STREET EXCHANGE FUND MF # 1 | E | Dividend | N | T | | | | | |
| 44. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND MF # 1 | B | Dividend | M | T | | | | | |
| 45. VAN KAMPEN AMERICAN EXCHANGE FUND MF # 1 | B | Dividend | K | T | | | | | |
| 46. EATON VANCE FUND MF # 2 | E | Dividend | O | T | | | | | |
| 47. CHESTNUT STREET EXCHANGE FUND MF # 2 | E | Dividend | N | T | | | | | |
| 48. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND MF # 2 | B | Dividend | M | T | | | | | |
| 49. VAN KAMPEN AMERICAN EXCHANGE FUND MF # 2 | D | Dividend | M | T | | | | | |
| 50. TRUST # 1 | E | Dividend | N | T | | | | | NOTE A |
| 51. - GENERAL ELECTRIC CO COMM | | | | | Sold (part) | 05/28 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 12/04 | J | D | |
| 53. - 3M CO COMM | | | | | Sold | 05/28 | J | | |
| 54. - DIAGO PLC COMM | | | | | Sold | 05/28 | J | C | |
| 55. - PROCTER & GAMBLE CO COMM | | | | | Sold | 05/28 | K | D | |
| 56. - LOWES CO COMM | | | | | Sold (part) | 05/28 | J | D | |
| 57. | | | | | Sold | 12/22 | K | D | |
| 58. - PHARMACEUTICAL PRODUCTS DE VELOPEMENT COMM | | | | | Sold (part) | 05/28 | K | E | |
| 59. | | | | | Sold (part) | 07/29 | J | D | |
| 60. | | | | | Sold (part) | 12/04 | J | D | |
| 61. | | | | | Sold (part) | 12/22 | K | E | |
| 62. - HEWLETT PACKARD CO COMM | | | | | Sold (part) | 12/22 | J | B | |
| 63. - MICROSOFT CORP COMM | | | | | Sold | 05/28 | K | E | |
| 64. - WYETH COMM | | | | | Sold | 05/28 | J | | |
| 65. - EXXON MOBILE CORP COMM | | | | | Sold (part) | 05/28 | K | E | |
| 66. | | | | | Sold (part) | 12/22 | K | E | |
| 67. - AT&T INC COMM | | | | | Sold | 05/28 | K | D | |
| 68. - BANK OF AMERICA COMM | | | | | Sold | 05/28 | K | E | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - HARTFORD FINL SVCS GRP COMM | | | | | Sold | 05/28 | J | B | |
| 70. - JP MORGAN CHASE & CO COMM | | | | | Sold | 05/28 | K | E | |
| 71. - PRAXAIR INC COMM | | | | | Sold | 05/28 | K | D | |
| 72. - VERIZON COMMUNICATIONS COMM | | | | | Sold | 05/28 | J | C | |
| 73. - ELL INTERNATIONAL PROPERTY CO MM | | | | | Sold | 05/30 | J | | |
| 74. - GOLDMAN SMALL CORE VALUE FUND MF | | | | | Sold | 05/29 | J | | |
| 75. - TOUCHSTONE MID CAP FUND MF | | | | | Sold | 05/29 | J | | |
| 76. - DODGE & COX INTERNATIONAL MF | | | | | Sold | 05/29 | K | | |
| 77. - SSGA FUNDS EMERGING MKTS MF | | | | | Buy (add'l) | 5/29 | L | | |
| 78. | | | | | Sold | 11/28 | L | | |
| 79. - BARCLAYS BAMK PLC FUND MF | | | | | Sold (part) | 06/02 | J | B | |
| 80. | | | | | Sold | 11/28 | K | | |
| 81. - COHEN & STEER INSTL RLTY FUND MF | | | | | Sold | 05/29 | K | | |
| 82. - EVERGREEN NC MUNICIPAL BOND FUND MF | | | | | Sold | 05/29 | L | | |
| 83. | | | | | Buy | 11/28 | K | | |
| 84. | | | | | Buy (add'l) | 12/22 | J | | |
| 85. - NUVEEN FUNDS HIGH YIELD MUNI BOND MF | | | | | Sold | 05/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less F =$50.001 - $100.000 | B =$1.001 - $2.500 G =$100.001 - $1.000.000 | C =$2.501 - $5.000 H1 =$1.000.001 - $5.000.000 | D =$5.001 - $15.000 H2 =More than $5.000.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less N =$250.001 - $500.000 P3 =$25.000.001 - $50.000.000 | K =$15.001 - $50.000 O =$500.001 - $1.000.000 | L =$50.001 - $100.000 P1 =$1.000.001 - $5.000.000 P4 =More than $50.000.000 | M =$100.001 - $250.000 P2 =$5.000.001 - $25.000.000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 11/28 | J | | |
| 87. | | | | | Buy (add'l) | 12/22 | J | | |
| 88.  - PIMCO EMERGING MARKETS BOND FUND MF | | | | | Sold | 05/29 | K | | |
| 89. | | | | | Buy | 11/28 | J | | |
| 90. | | | | | Buy (add'l) | 12/22 | J | | |
| 91.  - WACHOVIA SHORT TERM INVEST MENT FUND M/M | | | | | Closed | 7/25 | J | | |
| 92.  - FAIRPOINT COMMUNICATIONS INC COMM | · | | | | Spinoff (from line 72) | 04/04 | J | | |
| 93. | | | | | Sold (part) | 04/10 | J | A | |
| 94. | | | | | Sold | 05/28 | J | A | |
| 95.  - HARBOR INTNL FUND MF | | | | | Buy | 05/29 | K | | |
| 96. | | | | | Sold | 11/28 | J | | |
| 97.  - ING REAL ESTATE FUND MF | | | | | Buy | 05/29 | L | | |
| 98. | | | | | Sold | 12/01 | K | | |
| 99.  - JOH HANCOCK S/C INTRINSIC FD MF | | | | | Buy | 05/29 | L | | |
| 100. | | | | | Sold | 11/28 | K | | |
| 101.  - MORGAN STANLEY INSTL FUND MF | | | | | Buy | 05/29 | K | | |
| 102. | | | | | Sold | 11/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less F =$50.001 - $100.000 | B =$1.001 - $2.500 G =$100.001 - $1.000.000 | C =$2.501 - $5.000 H1 =$1.000.001 - $5.000.000 | D =$5.001 - $15.000 H2 =More than $5.000.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less N =$250.001 - $500.000 P3 =$25.000.001 - $50.000.000 | K =$15.001 - $50.000 O =$500.001 - $1.000.000 | L =$50.001 - $100.000 P1 =$1.000.001 - $5.000.000 P4 =More than $50.000.000 | M =$100.001 - $250.000 P2 =$5.000.001 - $25.000.000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - MUNDER MID CAP CORE GROWTH FUND MF | | | | | Buy | 05/29 | L | | |
| 104. | | | | | Sold | 11/28 | K | | |
| 105. - JP MORGAN INTREPID EMERG MKT MF | | | | | Buy | 05/29 | K | | |
| 106. | | | | | Sold | 11/28 | K | | |
| 107. - NUVEEN FLAGSHIP MULTISTATE TR NC MUNI BD R MF | | | | | Buy | 05/29 | L | | |
| 108. | | | | | Sold | 11/28 | L | | |
| 109. - T ROWE PRICE TAX FREE HIGH YLD FD MF | | | | | Buy | 05/29 | K | | |
| 110. | | | | | Sold | 11/28 | K | | |
| 111. - ISHARES MSCI EAFE INDEX FUND MF | | | | | Buy | 12/01 | L | | |
| 112. | | | | | Buy (add'l) | 12/24 | J | | |
| 113. - ING INTNL REAL ESTATE FUND MF | | | | | Buy | 11/28 | J | | |
| 114. - ISHARES RUSSELL MIDCAP INDEX FUND MF | | | | | Buy | 12/01 | K | | |
| 115. | | | | | Buy (add'l) | 12/24 | J | | |
| 116. - ISHARES RUSSELL 2000 INDEX FUND MF | | | | | Buy | 12/01 | K | | |
| 117. | | | | | Buy (add'l) | 12/24 | J | | |
| 118. - SPDR DJ WILSHIRE REIT ETF MF | | | | | Buy | 12/01 | K | | |
| 119. - VANGUARD EMERGING MARKETS ETF MF | | | | | Buy | 12/01 | K | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2) U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/24 | K | | |
| 121. - GOLDMAN SACHS LARGE CAP VALUE FD MF | | | | | Buy | 12/01 | K | | |
| 122. - HARBOR CAPITAL APPRECIATION FD MF | | | | | Buy | 12/22 | K | | |
| 123. - OPPENHEIMER COMMODITY STRATEGY FD MF | | | | | Buy | 12/22 | J | | |
| 124. - FEDERATED PRIME OBLIGATIONS FD M/M | | | | | Open | 7/25 | J | | |
| 125. TRUST # 2 | E | Dividend | N | T | | | | | NOTE B |
| 126. - GENERAL ELECTRIC COMM | | | | | Sold | 05/28 | K | A | |
| 127. - UNITED TECHNOLOGIES CORP COMM | | | | | Sold (part) | 05/28 | K | D | |
| 128. | | | | | Sold | 12/22 | J | C | |
| 129. - CARNIVAL CORP COMM | | | | | Sold (part) | 05/28 | J | D | |
| 130. | | | | | Sold | 12/04 | J | C | |
| 131. - LOWES COMM | | | | | Sold (part) | 05/28 | J | D | |
| 132. | | | | | Sold (part) | 12/04 | J | A | |
| 133. | | | | | Sold | 12/22 | J | C | |
| 134. - HEWLETT PACKARD COMM | | | | | Sold | 05/28 | K | D | |
| 135. - IBM CORP COMM | | | | | Sold | 05/28 | K | C | |
| 136. - PROCTER & GAMBLE COMM | | | | | Sold | 05/28 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - 3M CO COMM | | | | | Sold | 05/28 | J | | |
| 138. - MICROSOFT CORP COMM | | | | | Sold | 05/28 | K | E | |
| 139. - JOHNSON & JOHNSON COMM | | | | | Sold (part) | 05/28 | J | D | |
| 140. | | | | | Sold | 12/22 | J | D | |
| 141. - WYETH COMM | | | | | Sold | 05/28 | K | B | |
| 142. - EXXON MOBILE CORP COMM | | | | | Sold (part) | 05/28 | K | E | |
| 143. | | | | | Sold (part) | 12/04 | J | C | |
| 144. | | | | | Sold | 12/22 | L | F | |
| 145. - AT&T COMM | | | | | Sold | 05/28 | K | D | |
| 146. - BANK OF AMERICA CORP COMM | | | | | Sold | 12/22 | J | D | |
| 147. - JP MORGAN CHASE & CO COMM | | | | | Sold | 05/28 | J | | |
| 148. - WACHOVIA CORP COMM | | | | | Sold (part) | 05/28 | K | E | |
| 149. | | | | | Sold | 12/22 | J | C | |
| 150. - PRAXAIR INC COMM | | | | | Sold | 05/28 | K | D | |
| 151. - DODGE & COX INTNL FUND MF | | | | | Sold | 05/29 | K | | |
| 152. - ELL INTNL PROPERTY MF | | | | | Sold | 05/30 | J | | |
| 153. - GOLDEN SMALL CORE VALUE FUND MF | | | | | Sold | 05/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. - SSGA FDS EMERGING MKTS FUND MF | | | | | Buy (add'l) | 05/29 | L | | |
| 155. | | | | | Sold | 11/28 | K | | |
| 156. - TOUCHSTONE MID CAP FUND MF | | | | | Sold | 05/29 | J | | |
| 157. - COHEN & STEER INSTL RLTY FUND MF | | | | | Sold | 05/29 | K | | |
| 158. - BARCLAY BANK PLC FUND MF | | | | | Sold (part) | 06/02 | J | B | |
| 159. | | | | | Sold | 12/02 | K | | |
| 160. - EVERGREEN NC MUNI BOND MF | | | | | Sold | 05/29 | L | | |
| 161. - NUVEEN FDS HIGH YIELD MUNI BOND MF | | | | | Sold | 05/29 | K | | |
| 162. - PIMCO EMERGING MARKETS BOND MF | | | | | Sold | 05/29 | K | | |
| 163. - WACHOVIA SHORT TERM INVEST FUND M/M | | | | | Closed | 7/25 | J | | |
| 164. - HARBOR INTNL FUND MF | | | | | Buy | 05/29 | M | | |
| 165. | | | | | Sold (part) | 11/28 | K | | |
| 166. | | | | | Sold (part) | 12/22 | J | | |
| 167. - ING REAL ESTATE FUND MF | | | | | Buy | 05/29 | L | | |
| 168. | | | | | Sold | 11/28 | K | | |
| 169. - JOHN HANCOCK S/C INTRINSIC FD MF | | | | | Buy | 05/29 | L | | |
| 170. | | | | | Sold | 11/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - MORGAN STANLEY INST. FUND MF | | | | | Buy | 05/29 | K | | |
| 172. | | | | | Sold | 11/28 | J | | |
| 173. - MUNDER MID CAP FUND MF | | | | | Buy | 05/29 | L | | |
| 174. | | | | | Sold | 11/28 | K | | |
| 175. - JP MORGAN INTREPID EMERGING MARKETS FD MF | | | | | Buy | 05/29 | K | | |
| 176. | | | | | Sold | 11/28 | K | | |
| 177. - NUVEEN FLAGSHIP MULTISTATE TR MF | | | | | Buy | 05/29 | L | | |
| 178. | | | | | Sold | 11/28 | L | | |
| 179. - T ROWE PRICE TAX FREE HIGH YIELD FD MF | | | | | Buy | 05/29 | K | | |
| 180. | | | | | Sold | 11/28 | K | | |
| 181. - ING INTNL REAL ESTATE FD MF | | | | | Buy | 11/28 | J | | |
| 182. - ISHARES MSCI EAFE INDEX FUND MF | | | | | Buy | 12/02 | K | | |
| 183. - ISHARES RUSSELL MID CAP INDEX FD MF | | | | | Buy | 12/02 | K | | |
| 184. - ISHARES RUSSELL 2000 INDEX FUND MF | | | | | Buy | 12/02 | K | | |
| 185. - SPDR DJ WILSHIRE REIT ETF MF | | | | | Buy | 12/02 | K | | |
| 186. - VANGUARD EMERGING MARKETS ETF MF | | | | | Buy | 12/02 | K | | |
| 187. - GOLDMAN SACHS LARGE CAP VALUE FUND MF | | | | | Buy | 12/22 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - HARBOR CAPITAL APPRECIATION FUND MF | | | | | Buy | 12/22 | L | | |
| 189. - OPPENHEIMER COMMODITY STRATEGY FUND MF | | | | | Buy | 12/22 | J | | |
| 190. - EVERGREEN NC MUNI BOND FUND MF | | | | | Buy | 11/28 | K | | |
| 191. | | | | | Buy (add'l) | 12/22 | J | | |
| 192. - NUVEEN FUNDS HIGH YIELD MUNI BOND MF | | | | | Buy | 11/28 | J | | |
| 193. | | | | | Buy (add'l) | 12/22 | J | | |
| 194. - PIMCO EMERGING MARKETS BOND FUND MF | | | | | Buy | 11/28 | J | | |
| 195. | | | | | Buy (add'l) | 12/22 | J | | |
| 196. - FEDERATED PRIME OBLIGATIONS FD M/M | | | | | Open | 7/25 | J | | |
| 197. FOUNDATION # 1 | E | Dividend | N | T | | | | | NOTE C |
| 198. - WYETH COMM | | | | | | | | | |
| 199. - BB&T CORP COMM | | | | | | | | | |
| 200. - BP AMOCO COMM | | | | | | | | | |
| 201. - DUKE ENERGY CORP NEW COMM | | | | | | | | | |
| 202. - ELI LILLY & CO COMM | | | | | | | | | |
| 203. - NUVEEN PREF & CONV INCOME MF | | | | | | | | | |
| 204. - PIEDMONT NATURAL GAS COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 206. - IDEARC INC COMM | | | | | | | | | |
| 207. - WACHOVIA CORP COMM | | | | | | | | | |
| 208. - SPECTRA ENERGY CORP COMM | | | | | | | | | |
| 209. - WILLIS LEASE FINANCE CORP COMM | | | | | | | | | |
| 210. - UNION TANK CORP BOND | | | | | | | | | |
| 211. - CONSOLIDATED EDISON BOND | | | | | | | | | |
| 212. - FORD MOTOR CREDIT CORP NOTE | | | | | | | | | |
| 213. - VERIZON MARYLAND BOND | | | | | | | | | |
| 214. - RESERVE PRIMARY FUND M/M | | | | | | | | | |
| 215. - TREASURY CASH TRUST M/M | | | | | | | | | |
| 216. - FAIRPOINT COMMUNICATIONS INC COMM | | | | | Spinoff (from line 205) | 04/04 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE A - Under the distributive provisions of the Tust # 1, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE B - Under the distributive provisions of the Tust # 2, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE C - James C. Fox is a co-trustee of the Foundation # 1, a trust created and operated for charitable, religious, scientific and educational purposes. The assets of the trust approximated $461,025.69 at December 31, 2008.

NOTE D - Abbreviations used in the descriptions of assets, Part VII include the following: "COMM" designates common stock; "PREF" designates preferred stock; "M/M" designates a cash equivalent money market account; "BOND" designates a corporate bond; "MUNI" designates a tax exempt bond; and "MF" designates a mutual fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544